UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FREDERICK MARC COOLEY,

      Plaintiff,

vs.

R. LEUNG, *et al.*,

      Defendant,

2:10-cv-1138-RLH-RJJ

O R D E R

This matter is before the Court on an Application to Proceed *In Forma Pauperis* (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for June 20, 2011, at 9:00 AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Frederick Marc Cooley, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this __17th__ day of May, 2011.

                                                      ROBERT J. JOHNSTON
                                                     United States Magistrate Judge