UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERICK MARC COOLEY, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> R. LEUNG, *et al.*, ) <br> ) <br>     Defendant, ) <br> _____ ) | 2:10-cv-1138-RLH–RJJ <br><br><br> O R D E R |

On July 20, 2011, Plaintiff advised the Court that he has not received the long form IFP application. *See,* Minutes of Proceedings (#7).

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall send to the Plaintiff a blank, long form IFP application and instructions along with a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff Frederick Marc Cooley is GRANTED an extension to and including August 29, 2011, to complete and file the long form IFP application.

IT IS FURTHER ORDERED that Plaintiff is Frederick Marc Cooley is GRANTED an extension to and including August 29, 2011, to submit to the court any legal authority or law in support of his complaint and why the complaint should not be dismissed.

IT IS FURTHER ORDERED that Plaintiff is advised that failure to file the long form IFP Application and legal authority as described above may result in a recommendation that this case be dismissed.

DATED this __21st__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge