```
1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  GREGORY S. BEAN
   Nevada Bar No. 12694
3  Robert.Freeman@lewisbrisbois.com
   Gregory.Bean@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendants
7  R. Leung and E. Ludtke
```

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| FREDERICK MARC COOLEY, | CASE NO. 2:10-cv-1138-RLH-NJK |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| R. LEUNG, P#8556, E. LUDTKE, P#9044, et al. | |
| Defendants. | |

Defendants, R. Leung and E. Ludtke, hereby substitute Robert W. Freeman, Esq., of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of Thomas D. Dillard, Jr., Esq., of Olson, Cannon, Gormley, Angulo & Stoberski.

Dated this ___ day of _____, 2016.

By: _____
    R. Leung

Dated this 8TH day of MARCH, 2016.

By: _____
    E. Ludtke

...

...

4813-8073-7070.1

ROBERT W. FREEMAN
Nevada Bar No. 3062
GREGORY S. BEAN
Nevada Bar No. 12694
Robert.Freeman@lewisbrisbois.com
Gregory.Bean@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
R. Leung and E. Ludtke

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| FREDERICK MARC COOLEY, | CASE NO. 2:10-cv-1138-RLH-NJK |
|---|---|
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| R. LEUNG, P#8556, E. LUDTKE, P#9044, et al. | |
| Defendants. | |

Defendants, R. Leung and E. Ludtke, hereby substitute Robert W. Freeman, Esq., of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of Thomas D. Dillard, Jr., Esq., of Olson, Cannon, Gormley, Angulo & Stoberski.

Dated this 8th day of MAR, 2016.

By: _____
R. Leung  8556

Dated this ___ day of _____, 2016.

By: _____
E. Ludtke

...
...

4813-8073-7070.1

I consent to the above substitution.

Dated this **10** day of **March**, 2016.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

_____
Thomas D. Dillard, Jr., Esq.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

I accept the above substitution. I am duly admitted to practice in this District Court.

DATED this **11** day of **MARCH**, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

IT IS SO ORDERED.  March 15, 2016.

_____
United States Magistrate Judge